UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MARK JAMES ROGOLINO JR.,

  Plaintiff,

v.                                CASE NO.: 2:24-cv-14241-AMC

TRANS UNION LLC, and VERIZON
WIRELESS SERVICES, LLC

  Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO VERIZON WIRELESS SERVICES, LLC

COMES NOW Plaintiff, Mark James Rogolino, Jr., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, Verizon Wireless Services, LLC ("Defendant"). The Defendant has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 13th day of September, 2024.

                                                /s/Octavio Gomez
                                                Octavio "Tav" Gomez
                                                Florida Bar #:0338620
                                                Georgia Bar #: 617963
                                                Pennsylvania #: 325066
                                                The Consumer Lawyers PLLC

501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of September, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*