UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14241-CIV-CANNON

**MARK JAMES ROGOLINO JR.,**

    Plaintiff,

v.

**TRANS UNION LLC and VERIZON WIRLESS SERVICES, LLC**

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT VERIZON WIRLESS

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Verizon Wireless Services, LLC, filed on September 13, 2024 [ECF No. 13]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case as to Defendant Verizon Wireless Services, LLC. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE** as to Defendant Verizon Wireless Services, LLC, effective September 13, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 13]. The Clerk is directed to **TERMINATE** Defendant Verizon Wireless Services, LLC as a Defendant in this matter.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of September 2024.

                                       **AILEEN M. CANNON**
                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record