UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MARK JAMES ROGOLINO JR.,

  Plaintiff,

v.                                                      CASE NO.: 2:24-cv-14241-AMC

TRANS UNION LLC, and VERIZON
WIRELESS SERVICES, LLC

  Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE AS TO TRANS UNION LLC**

COMES NOW Plaintiff, Mark James Rogolino, Jr., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, Trans Union LLC ("Defendant"). The Defendant has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 16th day of October, 2024.

                                                        **/s/Octavio Gomez**
                                                        Octavio "Tav" Gomez
                                                        Florida Bar #:0338620
                                                        Georgia Bar #: 617963
                                                        Pennsylvania #: 325066
                                                        The Consumer Lawyers PLLC

>501 E. Kennedy Blvd., Ste 610
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Primary Email:
>Tav@theconsumerlawyers.com
>Secondary Email:
>Lisa@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 16th day of October, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>*Attorney for Plaintiff*

2