UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14241-CIV-CANNON

**MARK JAMES ROGOLINO JR.,**

    Plaintiff,

v.

**TRANS UNION LLC** and **VERIZON WIRLESS SERVICES, LLC**

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with prejudice as to Defendant Trans Union LLC, filed on October 16, 2024 [ECF No. 18]. The Court previously entered an Order Dismissing Defendant Verizon Wireless on September 16, 2024, so only Defendant Trans Union LLC remained [ECF No. 14]. Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITH PREJUDICE** against Defendant Trans Union LLC, effective October 16, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 18]. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of October 2024.

                                                          **AILEEN M. CANNON**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record